BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174 (212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUL 09 2008
U.S.D.C. S.D. N.Y.
CASHIERS

---

WORLD FUEL SERVICES (EUROPE) LTD.
TRANS-TEC INTERNATIONAL S.R.L.,
  and
TRAMP OIL AND MARINE (CHILE) SA.,

08CV. 6232 (LAP)

**F.R. CIV. P. RULE 7.1
STATEMENT**

                         Plaintiffs,

       v.

EUROPA WEST-INDIE LIJNEN, B.V.,

                         Defendant.

/

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to

evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff

certifies that plaintiffs WORLD FUEL SERVICES (EUROPE) LTD. ("WFSE"), TRANS-TEC

INTERNATIONAL, S.R.L., ("TTI") and TRAMP OIL AND MARINE (CHILE) SA. ("Tramp"),

/

[Continued on Next Page]

/

are as part of the Marine Division of World Fuel Services Corporation, World Fuel Services

Corporation being a publicly traded company on the NYSE under the ticket symbol "INT."

Dated: New York, NY
July 9, 2008

                    Respectfully submitted,
                    BLANK ROME LLP
                    Attorneys for Plaintiffs

                    By
                    Jeremy J.O. Harwood (JH 9012)
                    405 Lexington Avenue
                    New York, NY 10174
                    Tel.: (212) 885-5000

OF COUNSEL:
J. Stephen Simms (JS 8990)
Simms Showers LLP
20 S. Charles Street - Suite 702
Baltimore, Maryland 21201
410-783-5795

-2-