BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174 (212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WORLD FUEL SERVICES (EUROPE) LTD.
TRANS-TEC INTERNATIONAL S.R.L.,
 and
TRAMP OIL AND MARINE (CHILE) SA.,

                   Plaintiffs,

  v.

EUROPA WEST-INDIE LIJNEN, B.V.,

                   Defendant.

**ORDER FOR APPOINTMENT TO SERVE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

08cv 6232 Kaplan

---

Plaintiffs, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c)(2) appointing Michael Watson, or any other qualified person appointed by Blank Rome LLP, to serve process of attachment and garnishment and any supplemental process in this matter, and it appearing from the affidavit of Jeremy J.O. Harwood, Esq., that such appointment will result in substantial economies in time and expense,

NOW, on motion of Blank Rome LLP, attorneys for Plaintiffs, it is

**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome LLP, be and hereby is, appointed to serve Process of Maritime Attachment and a copy of the Verified Complaint on garnishees identified in the garnishment order issued by the Court.

7/10/08

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

Dated: July ____, 2008

                              SO ORDERED:

                              _____
                                    U.S.D.J.